IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 0 4 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00110-BNB

EDGAR HUAMALI ABDON, also known as Edgar Huamali, and
ABDON HUAMALI,

    Plaintiffs,

v.

TOM MANEOTIS, and
HIGH COUNTRY LAMB, LLC,

    Defendants.

## ORDER DRAWING CASE

    Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

    ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

    DATED February 4, 2011, at Denver, Colorado.

                                                         BY THE COURT:

                                                          s/ Boyd N. Boland
                                                          United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00110-BNB

Andrew Arthur Schmidt
Attorney at Law
*DELIVERED ELECTRONICALLY*

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on February 4, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk